```
          UNITED STATES DISTRICT COURT
            DISTRICT OF NEW HAMPSHIRE
```

Mary Maxwell

    v.                                                Case No. 20-cv-1193-PB

US Secretary of Defense, et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 14, 2021. Maxwell's complaint (Doc. No. 1) is dismissed in its entirety for lack of subject matter jurisdiction. The clerk is directed to enter judgment and close the case.

                                                          /s/Paul Barbadoro_____
                                                          Paul Barbadoro
                                                          United States District Judge

Date: February 1, 2021

cc: Mary Maxwell, pro se